UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| DAVID HEATH CHADWICK, | ) | Case No. TBD |
| | ) | |
| Debtor | ) | Chapter 7 |
| | ) | |

**STATEMENT REGARDING PAY STUBS (11 U.S.C. §521(a)(1))**

I, the undersigned debtor, hereby certify that during the 60-day period preceding the filing of my bankruptcy petition in this case, I did not receive pay stubs from an employer because:

☑  I am unemployed; or

☐  I am self-employed; or

☐  My employer did not provide pay stubs.

☐  Other.

_____
_____
_____

Dated: <u>April 8, 2021</u>                    _____
                                                                           Debtor

1