UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 7 |
| | ) | |
| DAVID HEATH CHADWICK, | ) | |
| KRISTY BYESS CHADWICK, | ) | CASE NO. 21-53045-sms |
| | ) | |
| DEBTORS. | ) | |

## AMENDMENT TO STATEMENT OF INTENTION

COME NOW the Debtors in the above-styled action and amend the Statement of Intention, specifically to show corrected intent to retain the 2014 Chevrolet Silverado and enter into a reaffirmation agreement with 1st Franklin Financial.

This Tuesday, April 20, 2021.

/s/Jeffrey B. Kelly
JEFFREY B. KELLY
Law Office of Jeffrey B. Kelly, P.C.
Attorney for Debtors
Georgia Bar No. 412798

107 E. 5th Avenue
Rome, GA 30161
(706) 295-0030 (Phone)
(706) 413-1365 (Fax)
lawoffice@kellycanhelp.com

| Fill in this information to identify your case: | | |
|---|---|---|
| Debtor 1 | **David Heath Chadwick** | |
| | First Name    Middle Name    Last Name | |
| Debtor 2 | **Kristy Byess Chadwick** | |
| (Spouse if, filing) | First Name    Middle Name    Last Name | |
| United States Bankruptcy Court for the: | NORTHERN DISTRICT OF GEORGIA | |
| Case number | **21-53045-sms** | |
| (if known) | | |

■ Check if this is an amended filing

Official Form 108
# Statement of Intention for Individuals Filing Under Chapter 7    12/15

If you are an individual filing under chapter 7, you must fill out this form if:
■ creditors have claims secured by your property, or
■ you have leased personal property and the lease has not expired.
You must file this form with the court within 30 days after you file your bankruptcy petition or by the date set for the meeting of creditors, whichever is earlier, unless the court extends the time for cause. You must also send copies to the creditors and lessors you list on the form

If two married people are filing together in a joint case, both are equally responsible for supplying correct information. Both debtors must sign and date the form.

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known).

### Part 1:    List Your Creditors Who Have Secured Claims

1. For any creditors that you listed in Part 1 of Schedule D: Creditors Who Have Claims Secured by Property (Official Form 106D), fill in the information below.

| Identify the creditor and the property that is collateral | What do you intend to do with the property that secures a debt? | Did you claim the property as exempt on Schedule C? |
|---|---|---|
| Creditor's name: **1st Franklin Financial**<br>Description of property securing debt: **2014 Chevrolet Silverado 170,000 miles** | ☐ Surrender the property.<br>☐ Retain the property and redeem it.<br>■ Retain the property and enter into a *Reaffirmation Agreement.*<br>☐ Retain the property and [explain]: | ☐ No<br>■ Yes |
| Creditor's name: **1st Franklin Financial Cor**<br>Description of property securing debt: **HHG** | ■ Surrender the property.<br>☐ Retain the property and redeem it.<br>☐ Retain the property and enter into a *Reaffirmation Agreement.*<br>☐ Retain the property and [explain]: | ■ No<br>☐ Yes |
| Creditor's name: **Hamby Mechanical Inc**<br>Description of property securing debt: **Notice of Mechanical & Materialmens Lien** | ■ Surrender the property.<br>☐ Retain the property and redeem it.<br>☐ Retain the property and enter into a *Reaffirmation Agreement.*<br>☐ Retain the property and [explain]: | ■ No<br>☐ Yes |

| | |
|---|---|
| Debtor 1 | **David Heath Chadwick** |
| Debtor 2 | **Kristy Byess Chadwick** |

Case number *(if known)* **21-53045-sms**

securing debt:

| | | |
|---|---|---|
| Creditor's name: | **Santander Consumer USA** | ☐ Surrender the property.<br>☐ Retain the property and redeem it.<br>■ Retain the property and enter into a *Reaffirmation Agreement*.<br>☐ Retain the property and [explain]: |
| Description of property securing debt: | **2015 Jeep Wrangler 150,000 miles** | |

☐ No
■ Yes

### Part 2: List Your Unexpired Personal Property Leases

For any unexpired personal property lease that you listed in Schedule G: Executory Contracts and Unexpired Leases (Official Form 106G), fill in the information below. Do not list real estate leases. Unexpired leases are leases that are still in effect; the lease period has not yet ended. You may assume an unexpired personal property lease if the trustee does not assume it. 11 U.S.C. § 365(p)(2).

**Describe your unexpired personal property leases**  **Will the lease be assumed?**

Lessor's name:
Description of leased Property:
☐ No
☐ Yes

Lessor's name:
Description of leased Property:
☐ No
☐ Yes

Lessor's name:
Description of leased Property:
☐ No
☐ Yes

Lessor's name:
Description of leased Property:
☐ No
☐ Yes

Lessor's name:
Description of leased Property:
☐ No
☐ Yes

Lessor's name:
Description of leased Property:
☐ No
☐ Yes

Lessor's name:
Description of leased Property:
☐ No
☐ Yes

### Part 3: Sign Below

Under penalty of perjury, I declare that I have indicated my intention about any property of my estate that secures a debt and any personal property that is subject to an unexpired lease.

X **/s/ David Heath Chadwick**
**David Heath Chadwick**
Signature of Debtor 1

Date **April 20, 2021**

X **/s/ Kristy Byess Chadwick**
**Kristy Byess Chadwick**
Signature of Debtor 2

Date **April 20, 2021**

## AFFIDAVIT

The undersigned hereby declares under penalty of perjury, that the statements made in the foregoing are true and correct to the best of his/her information, knowledge, and belief.

This Tuesday, April 20, 2021.


/s/ David Heath Chadwick
Debtor


/s/ Kristy Byess Chadwick
Debtor

## CERTIFICATE OF SERVICE

      This is to certify that I have this day served a copy of the foregoing Amended Statement of Intention on the following by U. S. Mail, in a properly stamped and addressed envelope.

S. Gregory Hays
Chapter 7 Trustee
2964 Peachtree Rd NW, Ste 555
Atlanta, GA 30326

Heath Chadwick
Kristy Chadwick
654 Ocean Ave
Canton, GA 30114

1st Franklin Financial
535 Riverstone Pkwy
Canton, GA 30114

This Tuesday, April 20, 2021


/s/Jeffrey B. Kelly
Attorney for Debtors
Bar No. 412798
107 E. 5th Avenue
Rome, GA  30161
(706) 295-0030 (Phone)
(706) 413-1365 (fax)
lawoffice@kellycanhelp.com